UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERESA WEIDMAN, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:14-552 |
| v. | : | (MANNION, D.J.)<br>(COHN, M.J.) |
| CAROLYN W. COLVIN,<br>ACTING COMMISSIONER<br>OF SOCIAL SECURITY, | : | |
| Defendant | : | |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The plaintiff's objections to the report and recommendation, (Doc. 19), are **DENIED**.

2. The report and recommendation, (Doc. 18), is **ADOPTED.**

3. The plaintiff's appeal, (Doc. 1), of the defendant Commissioner's decision, is **DENIED**.

4. The Clerk of Court shall close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated**: September 30, 2015